

The following constitutes the order of the court.
Signed October 27, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
In re                           |
                                |   Case No.: 15-42960
Caleb Franklin McCune,          |
                                |   Chapter 13
                                |
        Debtor.                 |
_____|
```

**MEMORANDUM REGARDING DEBTOR'S FILING OF DOCUMENTS**

The above-captioned bankruptcy Chapter 7 case was filed on September 28, 2015 (doc. 1). On September 29, 2015, the Court entered an Order to File Required Documents and Notice Regarding Dismissal for Non-Compliance by October 13, 2015 (doc. 4). Debtor was granted an extension to file the Required Documents (doc. 10). On October 20, 2015, Debtor timely filed all of the Required Documents except for Form 22C-2 (Chapter 13 Calculation of Your Disposable Income).

Therefore, **IT IS HEREBY ORDERED that Debtor file Form 22C-2 within two weeks from the date of this order**. If Debtor fails to file Form 22C-2, the Court may dismiss the case without further notice.

*END OF MEMORANDUM*

1

## COURT SERVICE LIST

**Caleb Franklin McCune**
2280 Renwick Ln
Antioch, CA 94509

**Stan E. Riddle**
Law Offices of Stan E. Riddle
2175 N California Blvd. #805
Walnut Creek, CA 94596